**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

**IN RE:**
**Thomas Perry Larrison**
**Geneva Catherine Larrison**

**Debtors**
______________________________/

**CHAPTER 13**
**CASE NO: 22-30596**
**JUDGE JOEL D. APPLEBAUM**

## STIPULATION TO ADJOURN CONFIRMATION HEARING

The parties hereto agree to the entry of the Order Adjourning the Confirmation Hearing from July 19, 2022 to August 16, 2022 at 9:00 a.m., see attached proposed order.

/s/ Carl L. Bekofske
Carl L. Bekofske P10645
Melissa Caouette P62729
Chapter 13 Standing Trustee
400 N. Saginaw St, Suite 331
Flint, MI 48502
810-234-8000
Ecf@flint13.com

/s/ Douglas Chimenti
Gigliotti & Associates, P.C.
Attorney for Debtor(s)
Douglas Chimenti P67859
15400 19 Mile Rd, Ste 115
Clinton Twp, MI 48038
586-228-3636
gigassocattorney@gmail.com

/s/ Scott Gies
Attorney for Creditor
Trott Law, P.C.
Scott Gies P56346
31440 Northwestern Hwy, Ste. 145
Farmington Hills, MI 48334-5422
248-642-2515

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:
Thomas Perry Larrison            CHAPTER 13
Geneva Catherine Larrison       CASE NO: 22-30596
                                                 JUDGE JOEL D. APPLEBAUM
        Debtors
_____/

## ORDER ADJOURNING CONFIRMATION HEARING

IT IS HEREBY ORDERED that the Confirmation Hearing shall be adjourned from July 19, 2022 to August 16, 2022 at 9:00 a.m.

IT IS FURTHER ORDERED that this case may be confirmed prior to the adjourned date upon the approval of objecting creditors and the Chapter 13 Trustee.

IT IS FURTHER ORDERED that Debtors' counsel shall serve a copy of the entered order on the Debtors and any interest parties as applicable within 7 days.